**Pauline Mae PRUITT, a/k/a Pauline Mae Sanders, Respondent,**

v.

**Dennis Lynn PRUITT, Appellant.**

**No. 53060.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 12, 1988.

Ellsworth W. Ginsberg, Clayton, for appellant.

Reginald P. Bodeux, St. Charles, for respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976). An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).